1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  LINDA C. ALLISON, #179741
   Federal Defenders Office
3  Assistant for the Federal Defender
   801 I Street, 3rd Floor
4  Sacramento, CA  95814
   Tel: 916-498-5700   Fax: 916-498-5710

5  Attorneys for Defendant
   JOSE CONTRARAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:20-po-00438-CKD |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER TO |
| | ) CONTINUE HEARING |
| JOSE CONTRARAS, | ) |
| | ) Date:  January 21, 2021 |
| Defendant. | ) Time:  9:30 a.m. |
| | ) Judge:  Hon. Carolyn K. Delaney |

   IT IS HEREBY STIPULATED between the parties through their respective counsel, Alstyn Bennett, Special Assistant United States Attorney, and Linda C. Allison, Assistant Federal Defender, attorney for JOSE CONTRARAS, that the status conference set for January, 21 2021 at 9:30 a.m. be continued to February 18, 2021 at 9:30 a.m.

   This continuance is requested to give the defendant time to obtain his license in order to reach a resolution in the case.

/ / /

/ / /

/ / /

Stipulation and Proposed Order to Continue Status Conference

-1-

| | |
|---|---|
| DATED: January 20, 2020 | Respectfully submitted, |
| | HEATHER WILLIAMS |
| | Federal Defender |
| | */s/Linda C. Allison* |
| | LINDA C. ALLISON |
| | Assistant to the Federal Defender |
| | Attorneys for Defendant |
| | JOSE CONTRARAS |
| Dated: January 20, 2020 | McGREGOR W. SCOTT |
| | United States Attorney |
| | */s/ Alstyn Bennett* |
| | ALSTYN BENNETT |
| | Special Assistant United States Attorney |

## **ORDER**

IT IS HEREBY ORDERED that the status conference set for January 21, 2021, be continued to February 18, 2021 at 9:30 a.m.

IT IS SO ORDERED.

Dated: January 21, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE